IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                            CASE NO.: 4:05cr46-SPM

ANTHONY CAMERON HOLT,

    Defendant.
_____/

**ORDER CONTINUING SENTENCING**

At the conclusion of Defendant's trial on January 24 and 25, 2006, a sentencing hearing on Counts One, Two, and Three was scheduled for April 17, 2006. At this time, however, the charges against Defendant in Count Four of the indictment remain pending. Accordingly, the sentencing hearing scheduled for April 17, 2006 is cancelled. The sentencing hearing will be reset by separate notice after the charges in Count Four are resolved.

SO ORDERED this 10th day of March, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge