IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                            CASE NO.: 4:05-cr-46-SPM

ANTHONY CAMERON HOLT,

     Defendant.
_____/

### ORDER CONTINUING SENTENCING

For good cause shown, the Government's Motion to Continue Sentencing Hearing (doc. 75) is granted. Sentencing is reset for 1:30 p.m. on August 21, 2006.

DONE AND ORDERED this 13th day of July, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge