IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 4:05-cr-46-SPM-AK

ANTHONY CAMERON HOLT,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 141, Motion for Extension of Time to File Response, by the Government.  For good cause shown, the Court finds the motion is well taken and is **GRANTED**.  The Government shall file its response no later than **May 29, 2008**.  Defendant may file a reply no later than **June 30, 2008.**

**DONE AND ORDERED** this   *30*<sup>th</sup>   day of April, 2008.

                                    *s/ A. KORNBLUM*
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**