IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:05-cr-46-SPM-AK

ANTHONY CAMERON HOLT,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 143, Defendant's motion to deem matters admitted. The motion is **DENIED**, as the Government has been given until May 29, 2008, to file its response to Defendant's motion to vacate.

**DONE AND ORDERED** this *13th* day of May, 2008.

    *s/ A. KORNBLUM*
    **ALLAN KORNBLUM**
    **UNITED STATES MAGISTRATE JUDGE**