IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:05-cr-46-SPM-AK

ANTHONY CAMERON HOLT,

    Defendant.
_____/

**O R D E R**

This cause is before the Court on the Government's second motion for extension of time to file a response to Defendant's § 2255 motion. Doc. 145. While the Court will allow the Government a short extension of time to file its response, it cannot grant the Government an additional 81 days, as requested.

Accordingly, it is **ORDERED**:

That the motion for extension of time, Doc. 145, is **GRANTED IN PART AND DENIED IN PART**;

That the Government shall file its response no later than **July 14, 2008**;

That Defendant may file a reply no later than **August 13, 2008**.

**DONE AND ORDERED** this *13th* day of June, 2008.

      S/A. Kornblum
      **ALLAN KORNBLUM**
      **UNITED STATES MAGISTRATE JUDGE**