IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 4:05-cr-46-SPM-AK

ANTHONY CAMERON HOLT,

    Respondent.
_____/

**ORDER**

    This cause is before the Court on Defendant's second motion to deem matters admitted. Doc. 147.  The motion is **DENIED**.

    **DONE AND ORDERED** this   **24th**   day of June, 2008.

                        *s/ A. KORNBLUM*
                        **ALLAN KORNBLUM**
                        **UNITED STATES MAGISTRATE JUDGE**