IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 4:05cr46-SPM-GRJ

ANTHONY CAMERON HOLT,

    Defendant.

_____/

**ORDER**

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated February 8, 2011 (doc. 164). Defendant has been furnished a copy of the report and recommendation and has been afforded an extension of time to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Defendant has filed objections (doc. 165). Having considered the report and recommendation, and the objection, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 164) is ADOPTED and incorporated by reference in this order.

2. Defendant's § 2255 motion to vacate (doc. 137), as amended (see

doc. 163), is denied.

3. No certificate of appealability will be issued because Defendant has failed to make a substantial showing of the denial of a constitutional right.

DONE AND ORDERED this 1st day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge